# Court of Appeals
# of the State of Georgia

ATLANTA, July 28, 2025

*The Court of Appeals hereby passes the following order:*

## A25A2171. SALIM HAJIANI v. WAN SISOUK.

Salim Hajiani filed an action in magistrate court to recover damages following a vehicle collision. The magistrate court dismissed the action, and Hajiani filed a petition for review to the superior court. The superior court dismissed the petition for review and reinstated the judgment of the magistrate court, and Hajiani has filed a notice of appeal from the superior court's order. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this case involves an appeal from magistrate court to superior court, Hajiani has no right to a direct appeal. See *Bullock*, 260 Ga. App. at 875. For this reason, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/28/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*